## GARTRELL v. FEDERAL LAND BANK OF WICHITA, KAN.

No. 27879. June 29, 1937.

Rehearing Denied Sept. 14, 1937.

Charles R. Alexander, for plaintiff in error.

Reuben K. Sparks, Max L. Hamilton, Donald I. Mitchell, and W. E. Pepperell, for defendant in error.

PER CURIAM. This was a matter in which a judgment was entered on behalf of the defendant Federal Land Bank of Wichita, Wichita, Kan., a corporation, on stipulation with R. H. Gartrell, who appears as plaintiff in the trial court and also as plaintiff in error here. A motion to dismiss was filed upon the ground that the appeal is without merit and taken for delay.

On June 1, 1937, this court called for a response to the motion to dismiss and none has been filed. The appeal is, therefore, dismissed.

OSBORN, C. J., BAYLESS, V. C. J., and BUSBY, CORN, and GIBSON, JJ., concur.